## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **THE HEIDI GROUP, INC.,** § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **TEXAS HEALTH AND HUMAN** § <br> **SERVICES COMMISSION; CECILE** § <br> **ERWIN YOUNG, in her official capacity** § <br> **as COMMISSIONER OF TEXAS HEALTH** § <br> **AND HUMAN SERVICES; THE OFFICE** § <br> **OF THE INSPECTOR GENERAL FOR** § <br> **TEXAS HEALTH AND HUMAN** § <br> **SERVICES (OIG); SYLVIA KAUFFMAN** § <br> in her official capacity as **INSPECTOR** § <br> **GENERAL OF OIG; DIRK JOHNSON** § <br> in his official capacity as **CHIEF COUNSEL** § <br> **OF OIG and in his individual capacity;** § <br> **JENNIFER KAUFMAN in her official** § <br> capacity as **DIRECTOR OF INTERNAL** § <br> **AFFAIRS OF OIG and in her individual** § <br> capacity; **GAYLON DACUS in his official** § <br> capacity as **SENIOR INVESTIGATOR** § <br> **FOR OIG and in his individual capacity;** § <br> **PHYLLIS EVERETTE MORGAN;** § <br> **JOHN/JANE DOE 1 (officially and** § <br> **individually); JOHN/JANE DOE 2** § <br> **(officially and individually);** § <br> **JOHN/JANE DOE 3 (officially and** § <br> **individually); and JOHN/JANE DOE 4** § <br> **(officially and individually),** § <br> *Defendants.* § | **CASE NO. 1:22-cv-00294** |

### STATE DEFENDANTS' NOTICE OF REMOVAL

State Defendants[1] file this Notice of Removal, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, to remove this action filed in the 419th Judicial District Court of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division. In support of this removal, State Defendants respectfully show the following:

## I. GROUNDS FOR REMOVAL

Plaintiff is a non-profit corporation that formerly contracted with the State of Texas, through the Texas Health and Human Services Commission ("HHSC"), to provide low-income women in Texas with access to healthcare services. Plaintiff complains of various Defendants' actions related to (1) an audit of Plaintiff conducted by the Office of the Inspector General ("OIG") and (2) the termination of Plaintiff's contract by HHSC.

Plaintiff filed suit in the 419th Judicial District Court of Travis County, Texas. In addition to suing State Defendants, Plaintiff also sued a private individual defendant (Phyllis Everette Morgan) and four "John/Jane Doe" defendants. Plaintiff has pleaded multiple causes of action, including numerous claims for alleged violations of federal constitutional and statutory rights, pursuant to 42 U.S.C. § 1983 and other federal constitutional and statutory provisions. Plaintiff has also pleaded claims for alleged violations of state constitutional rights and other state laws. State Defendants and Defendant Morgan have filed answers in state court, generally denying Plaintiff's allegations.

---

[1] "State Defendants" include the following: Texas Health and Human Services Commission; Cecile Erwin Young, in her official capacity as Commissioner of Texas Health and Human Services; The Office of the Inspector General for Texas Health and Human Services ("OIG"); Sylvia Kauffman, in her official capacity as Inspector General of OIG; Dirk Johnson, in his official capacity as Chief Counsel of OIG and in his individual capacity; Jennifer Kaufman, in her official capacity as Director of Internal Affairs of OIG and in her individual capacity; and Gaylon Dacus, in his official capacity as Senior Investigator for OIG and in his individual capacity.

Removal to this Court is proper because the Court has original jurisdiction over Plaintiff's claims. *See* 28 U.S.C. § 1441(a). Specifically, this Court has federal question jurisdiction over Plaintiff's federal claims under 28 U.S.C. § 1331, and this Court has supplemental jurisdiction over Plaintiff's state claims under 28 U.S.C. § 1367.

## II.  TIMELINESS OF REMOVAL

Plaintiff served each of the various State Defendants with a copy of Plaintiff's Original Petition on either February 28 or March 1, 2022. *See* Ex. C. Pursuant to 28 U.S.C. § 1446(b)(1), State Defendants timely file this Notice of Removal within thirty (30) days after service and receipt of Plaintiff's Original Petition.

## III.  CONSENT

Defendant Morgan has consented to this removal, pursuant to 28 U.S.C. § 1446(b)(2)(A). *See* Ex. H.

## IV.  VENUE

Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace the place where the removed state court action has been pending. Specifically, the 419th Judicial District Court of Travis County, Texas, is geographically located within the Austin Division of the United States District Court for the Western District of Texas.

## V.  COMPLIANCE WITH PROCEDRAL REQUIREMENTS

A copy of all process, pleadings, and orders in the state court suit are attached to this Notice, pursuant to 28 U.S.C. § 1446(a). Those documents include the following and are summarized in **Exhibit A** (Index of State Court Documents):[2]

---

[2] No orders have been entered in the state court suit.

- Plaintiff's Original Petition, filed February 22, 2022 (attached as **Exhibit B**);

- Civil Citations Issued to State Defendants, served on February 28 and March 1, 2022 (attached as **Exhibit C**);

- Civil Citation Issued to Phyllis Everette Morgan, served on March 2, 2022 (attached as **Exhibit D**);

- State Defendants' Original Answer to Plaintiff's Original Petition, filed on March 18, 2022 (attached as **Exhibit E**); and

- Defendant Phyllis Everette Morgan's Original Answer, filed on March 25, 2022 (attached as **Exhibit F**).

For the Court's convenience, a copy of the state court docket sheet is attached as **Exhibit G**.

The written consent of Defendant Morgan to this removal is attached as **Exhibit H**.

State Defendants will promptly file a notice of this removal with the clerk of the state court where the suit has been pending, pursuant to 28 U.S.C. § 1446(d). A copy of that notice is attached as **Exhibit I**.

In the event this Court subsequently identifies a defect in this Notice of Removal, State Defendants respectfully request this Court to grant leave to amend this Notice to cure the defect. *See, e.g.*, *Acosta v. Drury Inns, Inc.*, 400 F. Supp. 2d 916, 922 (W.D. Tex. 2005) ("Defects in the form or content of the removal papers are usually not jurisdictional and may be cured by amendment after removal . . . ."); *UICI v. Gray*, No. Civ. A. 3:01CV0921L, 2002 WL 356753, at *2 (N.D. Tex. Mar. 1, 2002); *Lafayette City-Parish Consol. Gov't v. Chain Elec. Co.*, No. 11-1247, 2011 WL 4499589, at *7 (W.D. La. Sept. 23, 2011).

By filing this Notice of Removal, State Defendants do not waive any legal defenses or objections to Plaintiff's Original Petition, but expressly reserve their right to raise any and all legal defenses or objections in subsequent pleadings in this Court.

This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11, as required under 28 U.S.C. § 1446(a).

## VI.  CONCLUSION

Because State Defendants have properly complied with the removal statutes set forth above, this case stands removed from the 419th Judicial District Court of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division

   */s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
*Attorney in Charge*
Texas Bar No. 24075241
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov

**Counsel for State Defendants**

## CERTIFICATE OF SERVICE

      On March 29, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the court's electronic case filing system. I hereby certify that I have served the following counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2):

Edward P. Watt
WATT LAW FIRM, P.C.
800 Hwy. 290 West
Building A, Suite 100
Dripping Springs, Texas 78620
Telephone: (512) 894-4404
Facsimile: (512) 858-0770
edwatt@wattlaw.com

*Counsel for Plaintiff*

Logan Howard
HOWARD & KOBELAN
115 S Wild Basin Road, Suite 306
Austin, Texas 78746
(512) 480-9300
(512) 480-9374
lhoward@howardkobelan.com

*Counsel for Defendant Morgan*

                                 */s/ Benjamin S. Walton*
                                 **BENJAMIN S. WALTON**
                                 Assistant Attorney General