**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**FILED**

February 04, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_
DEPUTY

| | | |
|---|---|---|
| **THE HEIDI GROUP, INC.,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | **A-22-CV-294-DAE** |
| **TEXAS HEALTH AND HUMAN** | § | |
| **SERVICES COMMISSION, et al.,** | § | |
| **Defendants.** | § | |

## ORDER SETTING HEARING

Before the court is Movant Logan Howard Law PLLC's Unopposed Motion to Withdraw as Counsel and Motion to Extend Deadlines (Dkt. 64).[1] The court **SETS** this motion for a hearing conducted electronically over Zoom at **2:00 p.m. on February 17, 2026**. Instructions for joining the hearing will be provided to the named attorneys via email prior to the hearing.

Movant Howard and Defendant Phyllis Everette Morgan are required to appear at this hearing, and all other parties are excused from attendance. The court **ORDERS** Movant Howard to provide Defendant Morgan with this Order, immediately upon receipt, and with the instructions to join the Zoom hearing, immediately upon receipt, by e-mail or their customary form of communication.

Finally, the court advises all parties that it intends to grant Movant Howard's Motion to Extend Deadlines (Dkt. 64) on the date of the hearing.

SIGNED February 4, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] This motion was referred by United States District Judge David A. Ezra to the undersigned for resolution pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Text Order dated Jan. 13, 2026.