IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **THE HEIDI GROUP, INC.,** § <br> Plaintiff, § <br> § <br> v. § <br> § **A-22-CV-294-DAE** <br> **TEXAS HEALTH AND HUMAN** § <br> **SERVICES COMMISSION, et al.,** § <br> Defendants. § | |

## ORDER

Before the court is Movant Logan Howard Law PLLC's Unopposed Motion to Withdraw as Counsel and Motion to Extend Deadlines (Dkt. 64).[1] Movant represents Defendant Phyllis Everette Morgan in this case. Although Morgan did not oppose Movant's Motion, the undersigned held a hearing on February 17, 2026, to address issues regarding Morgan proceeding without an attorney. Movant and Morgan, along with counsel for Plaintiff and the other Defendants in this case, were present at the hearing.

Movant has complied with all the necessary requirements to withdraw as counsel under Local Rule AT-3, and Morgan does not oppose the motion. Accordingly, the court **GRANTS** Movant's Motion to Withdraw as Counsel (Dkt. 64) and **ORDERS** that Logan Howard and Logan Howard Law, PLLC be **TERMINATED** as counsel of record for Defendant Morgan. Should Morgan choose not to retain new counsel, she will be representing herself *pro se* in this case. Accordingly, the court directs her to the following resources to assist her in pursuing her case:

- The Federal Rules of Civil Procedure, available at: www.uscourts.gov/file/rules-civil-procedure;

- This Court's Local Rules, available at https://www.txwd.uscourts.gov/court-information/lcr-civil-rules/; and

---

[1] This motion was referred by United States District Judge David A. Ezra to the undersigned for resolution pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Text Order dated Jan. 13, 2026.

- The "Complete Pro Se Manual" which is available on the Court's website at: https://www.txwd.uscourts.gov/filing-without-an-attorney/pro-se-manual/.

Morgan is directed to familiarize herself with these resources. Also, although *pro se* litigants are held to a less stringent standard, they are nevertheless required to follow the rules that govern all litigants in federal court. *Grant v. Cuellar*, 59 F.3d 524, 524 (5th Cir. 1995). These rules include, but are not limited to, the rules and court orders regarding conference with opposing counsel; following deadlines imposed by the rules and the court's Scheduling Order; observing the response times for motions as set forth in Local Rule CV-7(e); and keeping the court updated with a current address to ensure all filings are received.

Furthermore, the court **GRANTS** Movant's Motion to Extend Deadlines (Dkt. 64). No party in this case filed an opposition to Movant's Motion to Extend initially, nor did the court receive any responses after indicating its intention to grant this Motion. *See* Dkt. 65. Accordingly, the court **ORDERS** that all deadlines in this case are extended by sixty days. Entry of the Amended Scheduling Order will follow this Order.

The Clerk's Office is directed to serve this Order and the Amended Scheduling Order on Defendant Morgan by regular mail at:

Phyllis Everette Morgan
2800 Sunrise Road
Round Rock, Texas 78665

SIGNED February 17, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE