**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| THE HEIDI GROUP, INC.,<br>      *Plaintiff,*<br><br>v.<br><br>TEXAS HEALTH AND HUMAN SERVICES COMMISSION; CECILE ERWIN YOUNG, in her official capacity as COMMISSIONER OF TEXAS HEALTH AND HUMAN SERVICES; THE OFFICE OF THE INSPECTOR GENERAL FOR TEXAS HEALTH AND HUMAN SERVICES (OIG); SYLVIA KAUFFMAN in her official capacity as INSPECTOR GENERAL OF OIG; DIRK JOHNSON in his official capacity as CHIEF COUNSEL OF OIG and in his individual capacity; JENNIFER KAUFMAN in her official capacity as DIRECTOR OF INTERNAL AFFAIRS OF OIG and in her individual capacity; GAYLON DACUS in his official capacity as SENIOR INVESTIGATOR FOR OIG and in his individual capacity; PHYLLIS EVERETTE MORGAN; JOHN/JANE DOE 1 (officially and individually); JOHN/JANE DOE 2 (officially and individually); JOHN/JANE DOE 3 (officially and individually); and JOHN/JANE DOE 4 (officially and individually),<br>      *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 1:22-cv-00294 |

---

**HHSC's & OIG's UNOPPOSED MOTION TO EXTEND TIME TO FILE**
**RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

---

On June 8, 2026, Plaintiff, The Heidi Group, Inc., filed its Consolidated Motion to Compel

Production of Documents and Interrogatory Answers from Defendants OIG and HHSC (Dkt.

#75) (the "Motion"). HHSC's and OIG's current deadline to file their response to the Motion is June 15, 2026. Given the breadth of Plaintiff's Motion, HHSC and OIG request an extension to **Friday, June 19, 2026**, to file their response.

Plaintiff is unopposed to the extension of time.

HHSC and OIG, therefore, respectfully request that the Court grant this unopposed motion and extend their time to respond to Plaintiff's Motion to Friday, June 19, 2026.

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ C. Lee Winkelman*
**C. LEE WINKELMAN**
*Lead Attorney*
Texas Bar No. 24042176
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(737) 231-7737 – Phone
(512) 320-0667 – Fax
lee.winkelman@oag.texas.gov

-AND-

*/s/ John B. Scott*

**John B. Scott**
State Bar No. 17901500
SCOTT & SCOTT, PLLC
316 W 12th St
Suite 200
Austin, Texas 78701
Phone: (682) 250-2142
John.scott@scottpllc.net

*Counsel for HHSC & OIG*

## CERTIFICATE OF CONFERENCE

I certify that on June 15, 2026, I discussed the relief requested in this motion with counsel for Plaintiff. Plaintiff is unopposed to the relief requested.

*/s/ C. Lee Winkelman*
**C. LEE WINKELMAN**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ C. Lee Winkelman*
**C. LEE WINKELMAN**
Assistant Attorney General