**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| THE HEIDI GROUP, INC.,<br>    *Plaintiff,*<br><br>v.<br><br>TEXAS HEALTH AND HUMAN<br>SERVICES COMMISSION; CECILE<br>ERWIN YOUNG, in her official capacity<br>as COMMISSIONER OF TEXAS HEALTH<br>AND HUMAN SERVICES; THE OFFICE<br>OF THE INSPECTOR GENERAL FOR<br>TEXAS HEALTH AND HUMAN<br>SERVICES (OIG); SYLVIA KAUFFMAN<br>in her official capacity as INSPECTOR<br>GENERAL OF OIG; DIRK JOHNSON<br>in his official capacity as CHIEF COUNSEL<br>OF OIG and in his individual capacity;<br>JENNIFER KAUFMAN in her official<br>capacity as DIRECTOR OF INTERNAL<br>AFFAIRS OF OIG and in her individual<br>capacity; GAYLON DACUS in his official<br>capacity as SENIOR INVESTIGATOR<br>FOR OIG and in his individual capacity;<br>PHYLLIS EVERETTE MORGAN;<br>JOHN/JANE DOE 1 (officially and<br>individually); JOHN/JANE DOE 2<br>(officially and individually);<br>JOHN/JANE DOE 3 (officially and<br>individually); and JOHN/JANE DOE 4<br>(officially and individually),<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:22-cv-00294 |

**ORDER**

Before the Court is Defendants, HHSC's and OIG's Unopposed Motion to Extend Time

to File Response to Plaintiff's Motion to Compel (the "Motion"). The Court, having considered

the Motion, **GRANTS** the Motion. The Court, therefore, **ORDERS** that HHSC's and OIG's deadline to file their response to Plaintiff's Consolidated Motion to Compel Production of Documents and Interrogatory Answers from Defendants OIG and HHSC (Dkt. #75) is June 19, 2026.

SIGNED this _____ day of June, 2026.

_____
JUDGE PRESIDING