# Ed Watt

| | |
|---|---|
| **From:** | Ed Watt |
| **Sent:** | Tuesday, April 7, 2026 8:33 PM |
| **To:** | Lee Winkelman; 'Jennifer Holt' |
| **Cc:** | 'Phyllis Everette'; Thomas Watt |
| **Subject:** | Heidi v. HHSC, et al |
| **Attachments:** | OIG_ROG_MTC_Final 2026.04.07.pdf; HHSC_RFP_MTC_Final 2026.04.07.pdf; HHSC_ROG_MTC_Final . 2026.04.07.pdf; OIG_RFP_MTC.Final 2026.04.07.pdf |

Folks,

Attached please find the following documents:

1. Plaintiff's Motion to Compel with respect to Defendant OIG's Response to First Requests for Production,

2. Plaintiff's Motion to Compel with respect to Defendant OIG's Response to First Set of Interrogatories,

3. Plaintiff's Motion to Compel with respect to Defendant HHSC's Response to First Requests for Production, and

4. Plaintiff's Motion to Compel with respect to Defendant HHSC's Response to First Set of Interrogatories.

Lee, we need to have a meet-and-confer to see if we can resolve this discovery dispute without court intervention. I would like to have the issues resolved or the Motions filed because we can't resolve them within two weeks. Please let me know when is a good time for you to discuss these issues.

-- Hg#
#
Hgz dug#$ 1Z dw#
Watt Law Firm, P.C.
800 Hwy 290 West
Bldg A, Ste 500
Dripping Springs, TX 78620
ofc - 512-894-4404
cell – 512-689-9011
fax - 512-858-0770

CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that any use, dissemination, distribution, or copying of this communication or any attachment is strictly prohibited. In such event, please contact the sender immediately and delete all copies of this communication and any attachment.

Exhibit 5-A  Page 1 of 12

# Ed Watt

| | |
|---|---|
| **From:** | Lee Winkelman <Lee.Winkelman@oag.texas.gov> |
| **Sent:** | Wednesday, April 8, 2026 3:17 PM |
| **To:** | Ed Watt; Jennifer Holt |
| **Cc:** | 'Phyllis Everette'; Thomas Watt |
| **Subject:** | RE: Heidi v. HHSC, et al |

Our conversation will be much more productive if I can discuss these with my client first—my hope is to talk to them either tomorrow or at least Friday. What does your schedule look like next week? I'm generally available the 13th through the 15th. I'll be out the 16th and 17th. We may be able to sort all of this out by correspondence, but I suggest we get a call on the calendar just in case.

**From:** Ed Watt <EdWatt@wattlaw.com>
**Sent:** Tuesday, April 7, 2026 8:33 PM
**To:** Lee Winkelman <Lee.Winkelman@oag.texas.gov>; Jennifer Holt <Jennifer.Holt@oag.texas.gov>
**Cc:** 'Phyllis Everette' <peverette@saffrontrust.org>; Thomas Watt <thomaswatt@wattlaw.com>
**Subject:** Heidi v. HHSC, et al

Folks,

Attached please find the following documents:

1.  Plaintiff's Motion to Compel with respect to Defendant OIG's Response to First Requests for Production,

2.  Plaintiff's Motion to Compel with respect to Defendant OIG's Response to First Set of Interrogatories,

3.  Plaintiff's Motion to Compel with respect to Defendant HHSC's Response to First Requests for Production, and

4.  Plaintiff's Motion to Compel with respect to Defendant HHSC's Response to First Set of Interrogatories.

Lee, we need to have a meet-and-confer to see if we can resolve this discovery dispute without court intervention. I would like to have the issues resolved or the Motions filed because we can't resolve them within two weeks. Please let me know when is a good time for you to discuss these issues.

-- Hg#
#
Hgz dug#S 1Z dw#
Watt Law Firm, P.C.
800 Hwy 290 West
Bldg A, Ste 500
Dripping Springs, TX 78620
ofc - 512-894-4404
cell – 512-689-9011
fax - 512-858-0770

CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that any use, dissemination, distribution, or copying of this communication or any attachment is strictly prohibited. In such event, please contact the sender immediately and delete all copies of this communication and any attachment.

Exhibit 5-A  Page 2 of 12

# Ed Watt

| | |
|---|---|
| **From:** | Lee Winkelman <Lee.Winkelman@oag.texas.gov> |
| **Sent:** | Tuesday, April 14, 2026 3:25 PM |
| **To:** | Ed Watt |
| **Cc:** | John Scott; Jennifer Holt |
| **Subject:** | Heidi Group v. HHSC, et al | Today's Phone Call |
| **Attachments:** | 20260224_70-0 Ds Ntc of Appearance (Scott).pdf |

Ed,

Good speaking with you this afternoon. As discuss, attached is John Scott's notice of appearance with all his contact information. (I've also copied him on this.)

Also, please send me a Word version of your proposed protective order, and I'll get you my suggestions by this Friday (4/17).

By next Friday (4/24), I'll get you our response to your motions to compel.

All the bet,
Lee

\#



**C. Lee Winkelman**
**Assistant Attorney General**
General Litigation Division
Office of the Attorney General of Texas
(737) 231-7737

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify me immediately by e-mail and delete the original message.

Exhibit 5-A  Page 3 of 12

| From: | Ed Watt |
|---|---|
| To: | "Lee Winkelman" |
| Cc: | John Scott; Jennifer Holt; Thomas Watt |
| Subject: | RE: Heidi Group v. HHSC, et al \| Today"s Phone Call |
| Date: | Tuesday, April 14, 2026 4:20:37 PM |
| Attachments: | Index of Heidi Group boxes of documents 2026.04.14.docx |

Lee,

Good speaking to you as well. I agree with your dates for (a) your suggested revisions to the protective order (4/17) and (b) your response to our motions to compel (4/24).

Attached is the Word version of the proposed Protective Order. As we discussed, I have also attached a redlined version of the proposed Protective Order with the additions to the Court's H-2 Form Order highlighted in yellow.

Also attached is the Index of the boxes of hard-copy documents referenced in our discovery responses and the Motion for Protective Order and proposed Protective Order. There were actually 87 boxes, not 85.

I look forward to hearing from you Friday.


-- *Ed*


*Edward P. Watt*
Watt Law Firm, P.C.
800 Hwy 290 West
Bldg A, Ste 500
Dripping Springs, TX 78620
ofc - 512-894-4404
cell – 512-689-9011
fax - 512-858-0770

CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that any use, dissemination, distribution, or copying of this communication or any attachment is strictly prohibited. In such event, please contact the sender immediately and delete all copies of this communication and any attachment.

**From:** Lee Winkelman <Lee.Winkelman@oag.texas.gov>
**Sent:** Tuesday, April 14, 2026 3:25 PM
**To:** Ed Watt <EdWatt@wattlaw.com>
**Cc:** John Scott <john.scott@scottpllc.net>; Jennifer Holt <Jennifer.Holt@oag.texas.gov>
**Subject:** Heidi Group v. HHSC, et al | Today's Phone Call

Ed,

Good speaking with you this afternoon. As discuss, attached is John Scott's notice of appearance with all his contact information. (I've also copied him on this.)

Also, please send me a Word version of your proposed protective order, and I'll get you my

Exhibit 5-A  Page 4 of 12

# Ed Watt

**From:** Ed Watt
**Sent:** Tuesday, April 28, 2026 11:20 AM
**To:** 'Lee Winkelman'
**Cc:** Jennifer Holt
**Subject:** Heidi v. HHSC, et al

Lee,

Just following up on the Motions to Compel. You were going to get back to me by last Friday on them.

Also, last Wednesday I sent you my comments on the Motion for Protective Order. Are those changes acceptable? If so, I'll finalize it and return it for signature. I'll also forward a copy to Ms. Morgan for her approval and signature.

Finally, I've informed Robert Henneke that I will reschedule the deposition of Ms. French due to her being out of the country on the date scheduled, so that deposition is dropped off the schedule.

-- Hg#
#
Hgz dug#S 1Z dw#
Watt Law Firm, P.C.
800 Hwy 290 West
Bldg A, Ste 500
Dripping Springs, TX 78620
ofc - 512-894-4404
cell – 512-689-9011
fax - 512-858-0770

CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that any use, dissemination, distribution, or copying of this communication or any attachment is strictly prohibited. In such event, please contact the sender immediately and delete all copies of this communication and any attachment.

Exhibit 5-A  Page 5 of 12

**Ed Watt**

| | |
|---|---|
| **From:** | Lee Winkelman <Lee.Winkelman@oag.texas.gov> |
| **Sent:** | Wednesday, April 29, 2026 5:50 PM |
| **To:** | Ed Watt |
| **Cc:** | Jennifer Holt |
| **Subject:** | RE: Heidi v. HHSC, et al |

Ed,

Please give me through this weekend on the motions to compel. I believe I told you, but I got a stomach bug/food poisoning a week or so ago that put me out commission for several days (something I could not afford with my schedule) and I've been playing catch up ever since.

Exhibit 5-A  Page 6 of 12

**Ed Watt**

| | |
|---|---|
| **From:** | Ed Watt |
| **Sent:** | Thursday, April 30, 2026 2:35 PM |
| **To:** | 'Lee Winkelman' |
| **Cc:** | Jennifer Holt; Thomas Watt |
| **Subject:** | RE: Heidi v. HHSC, et al |

Lee,

In response to your email yesterday:

1. Yes, I'll give you through the weekend on the motions to compel. I'm sorry you were so ill and hope trying to catch up is the only residual effect you're dealing with now.

Exhibit 5-A  Page 7 of 12

**Ed Watt**

| | |
|---|---|
| **From:** | Lee Winkelman <Lee.Winkelman@oag.texas.gov> |
| **Sent:** | Tuesday, May 5, 2026 12:36 AM |
| **To:** | Ed Watt |
| **Cc:** | Jennifer Holt; Thomas Watt |
| **Subject:** | RE: Heidi v. HHSC, et al |

Ed, thank you for this. I've been working on an emergency mandamus issue in another case all weekend. Let me digest it all, and I'll get back with you later today (5/5)

I'll also have to get back with you on your motions to compel later this afternoon.



Exhibit 5-A  Page 8 of 12

**Ed Watt**

**From:** Ed Watt
**Sent:** Friday, May 8, 2026 2:51 PM
**To:** Lee Winkelman
**Cc:** Jennifer Holt; Thomas Watt
**Subject:** RE: Heidi v. HHSC, et al

Lee,

What's the status of (a) the Motion for Protective Order and (b) the Motions to Compel?

-- Hg#
#
Hgz dug#S 1Z dw#
Watt Law Firm, P.C.
800 Hwy 290 West
Bldg A, Ste 400
Dripping Springs, TX 78620
ofc - 512-894-4404
cell – 512-689-9011
fax - 512-858-0770

CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that any use, dissemination, distribution, or copying of this communication or any attachment is strictly prohibited. In such event, please contact the sender immediately and delete all copies of this communication and any attachment.



Exhibit 5-A  Page 9 of 12

# Ed Watt

| | |
|---|---|
| **From:** | Ed Watt |
| **Sent:** | Monday, May 25, 2026 4:00 PM |
| **To:** | Lee Winkelman |
| **Cc:** | Jennifer Holt; Phyllis Everette |
| **Subject:** | Heidi v. HHSC, et al |

Lee,

Hope your Memorial Day weekend has been relaxing.

I am in the process of filing the four Motions to Compel I sent you back on April 7, 2026. My intent had been to file them as separate motions. It makes more sense, however, to combine them into a single Motion. Given the 10-page limit on such motions under the local rules, I need to file them with a Motion for Leave to exceed the page limit. Please let me know whether you are opposed to the Motion for Leave. I know the Motion(s) to Compel are opposed. The combined version of the Motions to Compel will not differ substantively from the versions sent to you on April 7th. Please let me know by 5:00 p.m. tomorrow, May 26, 2026 whether you are opposed to the Motion for Leave.

Ms. Morgan,

I hope you also have had an enjoyable Memorial Day weekend.

You are not a party to the Motions to Compel referenced above, which seek to overrule some of the State Defendant's objections to Plaintiff's interrogatories and document requests.. Nevertheless, the court may want to know if you are opposed to the motions. Please let me know by 5:00 p.m. tomorrow, May 26, 2026 whether you are opposed to the Motion for Leave. All the Motion for Leave does is asks the court for permission to file the motions to compel as a single document in excess of the 10-page limit set out in the local rules.

-- Hg#

#
Hgz dug#$ 1#Z dw#
Watt Law Firm, P.C.
800 Hwy 290 West
Bldg A, Ste 400
Dripping Springs, TX 78620
ofc - 512-894-4404
cell – 512-689-9011
fax - 512-858-0770

CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that any use, dissemination, distribution, or copying of this communication or any attachment is strictly prohibited. In such event, please contact the sender immediately and delete all copies of this communication and any attachment.

Exhibit 5-A  Page 10 of 12

# Ed Watt

**From:** Ed Watt
**Sent:** Tuesday, May 26, 2026 12:05 PM
**To:** 'Lee Winkelman'
**Subject:** RE: Heidi v. HHSC, et al

Lee,

I hope your being out of town included some relaxation and enjoyment.

I'm ok with holding off until Friday to file the Motion to Compel, but in the event we aren't able to work everything out, I'd like you to go ahead and respond on whether you oppose the Motion for Leave. All that motion will do is request leave of court to permit me to file a motion to compel in excess of the local rule 10-page limit. It will not address any of the substance of the Motion to Compel. If we end up agreeing on the issues in the Motion to Compel, then the Motion for Leave becomes moot. If we haven't reached agreement by Friday, I don't want to have to start the process of finding out if you oppose the Motion for Leave or not. So please do still let me know by 5:00 p.m. this afternoon if you oppose the Motion for Leave.

A couple other points:



-- Hg#
#
Hgz dug#S 1Z dw#
Watt Law Firm, P.C.
800 Hwy 290 West
Bldg A, Ste 500
Dripping Springs, TX 78620
ofc - 512-894-4404
cell – 512-689-9011
fax - 512-858-0770

CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are notified that any use, dissemination,

distribution, or copying of this communication or any attachment is strictly prohibited. In such event, please contact the sender immediately and delete all copies of this communication and any attachment.

**From:** Lee Winkelman <Lee.Winkelman@oag.texas.gov>
**Sent:** Tuesday, May 26, 2026 11:19 AM
**To:** Ed Watt <EdWatt@wattlaw.com>
**Subject:** RE: Heidi v. HHSC, et al

Ed, can you please hold off on filing the motions to compel. I've been out of town and completely out of pocket for almost three weeks. I can get you a response by the end of the week.



Exhibit 5-A  Page 12 of 12