| Name | Date modified | Type | Size |
|---|---|---|---|
| OIG_0000001.pdf | 6/22/2026 11:45 AM | Adobe Acrobat D... | 377 KB |
| OIG_0000002.pdf | 6/22/2026 11:45 AM | Adobe Acrobat D... | 9,827 KB |
| OIG_0000015.pdf | 6/22/2026 11:45 AM | Adobe Acrobat D... | 213 KB |
| OIG_0000016.pdf | 6/22/2026 11:45 AM | Adobe Acrobat D... | 3,045 KB |
| OIG_0000021.pdf | 6/22/2026 11:45 AM | Adobe Acrobat D... | 523 KB |
| OIG_0000022.pdf | 6/22/2026 11:45 AM | Adobe Acrobat D... | 447 KB |
| OIG_0000023.pdf | 6/22/2026 11:45 AM | Adobe Acrobat D... | 314 KB |
| OIG_0000024.pdf | 6/22/2026 11:45 AM | Adobe Acrobat D... | 26,448 KB |
| OIG_0000060.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 739,043 KB |
| OIG_0000926.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 101,483 KB |
| OIG_0001076.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 300 KB |
| OIG_0001077.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 27,553 KB |
| OIG_0001114.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 479 KB |
| OIG_0001115.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 1,907 KB |
| OIG_0001118.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 1,586 KB |
| OIG_0001120.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 533 KB |
| OIG_0001121.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 573 KB |
| OIG_0001122.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 925 KB |
| OIG_0001124.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 1,716 KB |
| OIG_0001126.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 478 KB |
| OIG_0001127.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 1,716 KB |
| OIG_0001129.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 1,983 KB |
| OIG_0001131.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 2,078 KB |
| OIG_0001134.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 415 KB |
| OIG_0001135.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 2,945 KB |
| OIG_0001140.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 289 KB |
| OIG_0001141.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 6,199 KB |
| OIG_0001152.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 589 KB |
| OIG_0001163.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 459 KB |
| OIG_0001164.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 3,233 KB |
| OIG_0001169.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 628 KB |
| OIG_0001170.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 9,821 KB |
| OIG_0001183.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 2,050 KB |
| OIG_0001186.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 4,534 KB |
| OIG_0001193.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 1,423 KB |
| OIG_0001195.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 899 KB |
| OIG_0001197.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 1,945 KB |
| OIG_0001200.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 922 KB |
| OIG_0001202.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 6,553 KB |
| OIG_0001212.pdf | 6/22/2026 11:46 AM | Adobe Acrobat D... | 8,658 KB |

1,356 items

Exhibit 5 - D   1 of 1